**Order entered August 21, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00988-CV

## WAYNE A. RAND, Appellant

### V.

## DOROTHY DENNISE RAND, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-06590**

## ORDER

Before the Court is appellee's August 6, 2013 motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of jurisdiction. Specifically, she contends appellant's notice of appeal was untimely. In his notice of appeal, appellant inaccurately states that the appeal is accelerated. The trial court's judgment was signed on June 5, 2013. Accordingly, appellant's notice of appeal was due on July 5, 2013. *See* TEX. R. APP. P. 26.1. Appellant mailed the notice of appeal from prison on July 1, 2013. The notice of appeal was timely filed on July 17, 2013. *See Warner v. Glass*, 135 S.W.3d 681, 684 (Tex. 2004) (prison mailbox rule deems documents filed with the court clerk at time prison authorities duly receive document to be mailed). Accordingly, we **DENY** appellee's motion.

/s/     ELIZABETH LANG-MIERS
JUSTICE